# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | JAMES R & DORCAS D STEWART |
| **Case Number:** | 2:09-BK-26640-RJH      **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 08, 2010 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK UNITED

**R / M #:** 67 / 0

## Appearances:

NASSER U. ABUJBARAH, ATTORNEY FOR DORCAS D STEWART, JAMES R STEWART
KEVIN NELSON, ATTORNEY FOR MOVANT

## Proceedings:

Mr. Nelson informed the debtors will be surrendering the property.

COURT: IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY. THE COURT WILL NOT WAIVE THE AUTOMATIC 14 DAY STAY.